RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:  SHERLE R. FLAGGMAN (019079)
     flaggmas@mcao.maricopa.gov
     Deputy County Attorney

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-3411
Facsimile (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 0003200

Attorney for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Stephon Wrays,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Maricopa County; Trisha Amin, 1218H; MHA 1114H; RN1022H; Keturah Volpe, CH144; Dr. Gan, CH137; R. Avalos, PAC 1632H; MHP CH139; MHA 1790H; John and Jane Does; Entities I-X,<br><br>　　　　Defendants. | NO. _____<br><br>**NOTICE OF REMOVAL OF MARICOPA COUNTY SUPERIOR COURT CASE NO. CV2021-096095 TO THE UNITED STATES DISTRICT COURT** |

　　　　Defendants, pursuant to 28 U.S.C. § 1331, §1441(c), §1446(a), and Rule 3.6, Local Rules Civil Procedure for the District of Arizona, notices the removal of the above-captioned case, cause number CV2021-096095, from the Arizona Superior Court, Maricopa County, to this Court, and in support of removal asserts the following:

1. On or about December 31, 2021, Plaintiff filed a Complaint against Defendants in the Superior Court of the State of Arizona for the County of Maricopa under the caption *Stephon Wrays v. Maricopa County, et al.*, Case No. CV2021-096095. A copy of the Complaint, and all other documents previously filed in this matter and served on Defendants are attached hereto within Exhibit "B". (Exhibit "A" is the Civil Cover Sheet.)

2. The Complaint was served on Defendants Trisha Amin, Keturah Volpe, Victor Gan, Robin Avalos, Viviana Machado, Cindy Zaffino, Taylor Newell and Karen Mejia Quintana on March 31 2022. Defendant Maricopa County was served on April 25, 2022.

3. As of date of this removal, Defendant Angela Fischer has not been served.

4. This Notice of Removal is being filed within 30 days after service of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(b).

5. The lawsuit filed in Maricopa County, among other claims, alleges the violation of Plaintiff's civil rights and is brought under 42 U.S.C. § 1983 for violations of the Fourth and Fourteenth Amendments of the United States Constitution.

6. By reason of the above facts, (a) the United States District Court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1441(c). All served Defendants consent to the removal of this action.

7. A Notice of Filing of Notice of Removal, a true and correct copy of which is attached as Exhibit "C," has been filed in the Arizona Superior Court, County of Maricopa.

WHEREFORE, Defendants respectfully request that the above action now pending in the Arizona Superior Court, Maricopa County, be removed to this Court.

**RESPECTFULLY SUBMITTED** this 2nd day of May 2022

                        RACHEL H. MITCHELL
                        MARICOPA COUNTY ATTORNEY

                BY:  s/Sherle R. Flaggman
                      SHERLE R. FLAGGMAN
                      Deputy County Attorney
                      *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003-2161

Keith M. Knowlton, Esq.
KEITH M. KNOWLTON, L.L.C.
9920 S. Rural Rd., Ste. 108, PMB #132
Tempe, AZ 85284-4100
keithknowlton@msn.com
*Attorney for Plaintiff*

s/*J. Barksdale*

S:\CIVIL\CIV\Matters\CJ\2022\Wray v. MC, et al. 2022-0043\Pleadings\Removal\NOR.docx