**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Stephon Wrays, | NO. _____ |
| Plaintiff, | |
| v. | **INDEX** |
| Maricopa County; Trisha Amin, 1218H; MHA 1114H; RN1022H; Keturah Volpe, CH144; Dr. Gan, CH137; R. Avalos, PAC 1632H; MHP CH139; MHA 1790H; John and Jane Does; Entities I-X, | |
| Defendants. | |

Exhibits:

    (A) Civil Cover Sheet

    (B) State Court Record
        Attachments:
        1. Supplemental Cover Sheet
        2. Recent State Court Docket
        3. Complaint
        4. Service Documents
        5. Remainder of the State Court Record
        6. Verification of Sherle R. Flaggman

    (C) Superior Court Notice of Removal to the Federal District Court

# EXHIBIT A

Civil Cover Sheet

(AO Form JS-44)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): Stephon Wrays

**Defendant**(s): **Maricopa County ; Trisha Amin ; Viviana Machado ; Cindy Zaffino ; Keturah Volpe ; Victor Gan ; Robin Avalos ; Angela Fischer ; Taylor Newell ; Karen Meija Quintana**

County of Residence: Maricopa

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Keith M. Knowlton (**Stephon Wrays **)**
**Keith M. Knowlton, L.L.C.**
**9920 S. Rural Rd., Ste. 108, PMB #132**
**Tempe, Arizona 85284-4100**
**480-755-1777**

Defendant's Atty(s):

**Sherle R. Flaggman (** Maricopa County ; Trisha Amin ; Viviana Machado ; Cindy Zaffino ; Keturah Volpe ; Victor Gan ; Robin Avalos ; Taylor Newell Karen Meija Quintana **)**
**Maricopa County Attorney's Office Civil Services Division**
**225 W. Madison Street**
**Phoenix, Arizona 85003**
**602-506-8541**

---

**REMOVAL FROM MARICOPA COUNTY, CASE #CV2021-096095**

---

<u>II. Basis of Jurisdiction</u>:     **3. Federal Question (U.S. not a party)**

<u>III. Citizenship of Principal Parties</u> **(Diversity Cases Only)**

       Plaintiff:- **N/A**

       Defendant:- **N/A**

<u>IV. Origin</u> :     **2. Removed From State Court**

<u>V. Nature of Suit</u>:     **440 Other Civil Rights**

<u>VI.Cause of Action</u>:     **42 USC 1983**

VII. Requested in Complaint

                     Class Action: **No**

                 Dollar Demand: **N/A**

                    Jury Demand: **Yes**


VIII. This case **is not related** to another case.

---

**Signature:** <u>s/ Sherle R. Flaggman</u>

    **Date:** <u>05/02/2022</u>

*If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the Back button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.*

Revised: 01/2014

# EXHIBIT B

## State Court Record

Attachments:
1. Supplemental Cover Sheet
2. Recent State Court Docket
3. Complaint
4. Service Documents
5. Remainder of the State Court Record
6. Verification of DCA Sherle R. Flaggman

# Attachment 1

Supplemental Civil Cover Sheet

**SUPPLEMENTAL CIVIL COVER SHEET**
**FOR CASES REMOVED FROM ANOTHER JURISDICTION**

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1.   **Style of the Case:**
     Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and
     Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the
     attorney(s) of record for each party named and include their bar number, firm name, correct mailing
     address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Stephon Wrays | Plaintiff | Keith M. Knowlton, Esq. (011565)<br>KEITH M. KNOWLTON, L.L.C.<br>9920 S. Rural Rd., Ste. 108, PMB #132<br>Tempe, AZ 85284-4100<br>480-755-1777 |
| Maricopa County; Trisha Amin; Viviana Machado; Cindy Zaffino; Taylor Newell; Keturah Volpe; Victor Gan; Robin Avalos; Karen Mejia Quintana; Angela Fischer | Defendants | Sherle R. Flaggman, DCA (019079)<br>Maricopa County Attorney's Office<br>Civil Services Division<br>225 West Madison Street<br>Phoenix, AZ 85003<br>602-506-8541 |
|  |  |  |

2.   **Jury Demand:**
     Was a Jury Demand made in another jurisdiction?     Yes  ⦿          No  ◯
     If "Yes," by which party and on what date?

     Plaintiff                                                                              12/31/2021

3.   **Answer:**
     Was an Answer made in another jurisdiction?     Yes  ◯          No  ⦿
     If "Yes," by which party and on what date?

**4.**      **Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Trisha Amin; Viviana Machado; Cindy Zaffino; Taylor Newell; Keturah Volpe | 3/31/21 | Process Server |
| Victor Gan; Robin Avalos; Karen Mejia Quintana | 3/31/21 | Process Server |
| Maricopa County | 4/25/21 | Process Server |

**5.**      **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| Angela Fischer | Unknown |
|  |  |
|  |  |

**6.**      **Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| N/A |  |
|  |  |
|  |  |

**7.**      **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiff | 42 U.S.C. § 1983 violations of Fourth and Fourteenth Amendments |
|  |  |
|  |  |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

# ATTACHMENT 2

State Court Docket

 ❯ Docket

# Civil Court Case Information – Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2021-096095 | Judge: | Hopkins, Stephen |
| File Date: | 12/31/2021 | Location: | Southeast |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Stephon Wray | Plaintiff | Male | Keith Knowlton |
| Maricopa County | Defendant | | Pro Per |
| Trisha Amin | Defendant | Female | Pro Per |
| M H A, 1114h | Defendant | | Pro Per |
| R N 1022h | Defendant | | Pro Per |
| Keturah Volpe | Defendant | Unknown | Pro Per |
| R Avalo | Defendant | Unknown | Pro Per |
| M H A, 1790h | Defendant | | Pro Per |
| Correctional Health Services | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 4/12/2022 | AFS - Affidavit Of Service | 4/20/2022 | |
| **NOTE:** KATHERINE DE LA CRUZ-MARTINEZ | | | |
| 4/12/2022 | AFS - Affidavit Of Service | 4/21/2022 | |
| **NOTE:** CORRECTIONAL HEALTH SERVICES | | | |
| 4/12/2022 | AFS - Affidavit Of Service | 4/27/2022 | |
| **NOTE:** CORRECTIONAL HEALTH SERVICES | | | |
| 4/12/2022 | AFS - Affidavit Of Service | 4/27/2022 | |
| **NOTE:** CORRECTIONAL HEALTH SERVICES | | | |
| 4/12/2022 | AFS - Affidavit Of Service | 4/27/2022 | |
| **NOTE:** CORRECTIONAL HEALTH SERVICES | | | |
| 4/12/2022 | AFS - Affidavit Of Service | 4/27/2022 | |
| **NOTE:** CORRECTIONAL HEALTH SERVICES | | | |
| 4/12/2022 | AFS - Affidavit Of Service | 4/27/2022 | |
| **NOTE:** CORRECTIONAL HEALTH SERVICES | | | |
| 4/12/2022 | AFS - Affidavit Of Service | 4/27/2022 | |
| **NOTE:** MARICOPA COUNTY | | | |
| 4/12/2022 | AFS - Affidavit Of Service | 4/27/2022 | |
| **NOTE:** CORRECTIONAL HEALTH SERVICES | | | |
| 4/8/2022 | 375 - Case on Dismissal Calendar | 4/8/2022 | |
| 3/31/2022 | MXS - Motion To Extend Time For Service | 4/6/2022 | |
| **NOTE:** Motion for Extension of Time to Serve Defendants | | | |
| 3/9/2022 | 322 - ME: Notice Of Intent To Dismiss | 3/9/2022 | |
| 12/31/2021 | COM - Complaint | 1/3/2022 | |
| **NOTE:** Complaint | | | |
| 12/31/2021 | CSH - Coversheet | 1/3/2022 | |
| **NOTE:** Civil Cover Sheet | | | |
| 12/31/2021 | CCN - Cert Arbitration - Not Subject | 1/3/2022 | |
| **NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To | | | |
| 12/31/2021 | SUM - Summons | 1/3/2022 | |
| **NOTE:** Summons | | | |
| 12/31/2021 | SUM - Summons | 1/3/2022 | |
| **NOTE:** Summons | | | |

| | | |
|---|---|---|
| 12/31/2021 | SUM - Summons | 1/3/2022 |
| **NOTE:** Summons | | |
| 12/31/2021 | SUM - Summons | 1/3/2022 |
| **NOTE:** Summons | | |
| 12/31/2021 | SUM - Summons | 1/3/2022 |
| **NOTE:** Summons | | |
| 12/31/2021 | SUM - Summons | 1/3/2022 |
| **NOTE:** Summons | | |
| 12/31/2021 | SUM - Summons | 1/3/2022 |
| **NOTE:** Summons | | |
| 12/31/2021 | SUM - Summons | 1/3/2022 |
| **NOTE:** Summons | | |
| 12/31/2021 | SUM - Summons | 1/3/2022 |
| **NOTE:** Summons | | |

## Case Calendar
**There are no calendar events on file**

## Judgments
**There are no judgments on file**

# ATTACHMENT 3

Complaint

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
12/31/2021 12:53:59 PM
Filing ID 13770216

Keith M. Knowlton - SBN 011565
Keith M. Knowlton, L.L.C.
9920 S. Rural Road, Suite 108, PMB# 132
Tempe, Arizona 85284-4100
(480) 755-1777; FAX (480) 471-8956
Attorney for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Stephon Wrays, | **CV2021-096095** |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| Maricopa County, Trisha Amin, 1218H; MHA 1114H;  RN 1022H; Keturah Volpe CH 144; Dr. Gan CH137; R Avalo PAC1632H; MHP CH139; MHA 1790H John & Jane Does and Entities I-X, | 42 U.S.C. § 1983 |
| | **Jury Trial Demanded** |
| Defendants. | |

COMES NOW Plaintiff Stephon Wrays ("Wrays"), through undersigned counsel, as and for his Complaint against Defendants, alleges as follows:

## **JURISDICTION AND VENUE**

1.     Plaintiff has completed the grievance process and therefore can pursue claims against Defendants under 42 U.S.C. § 1983.

2.     This Court has jurisdiction and venue over this matter and the parties.

## **PARTIES**

3.      Plaintiff, Stephon Wrays ("Wrays") is, and was at all times relevant, a naturally born citizen of the United States and resident of Maricopa County, Arizona.

4.      Maricopa County, a body politic of the State of Arizona.

5.      Maricopa County Correctional Health Services is a non-jural entity of Maricopa County and provides medical care and treatment to inmates in the Maricopa County jail system.

6.      Defendants Trisha Amin, 1218H, MHA 1114H,  RN 1022H, Keturah Volpe CH 144, Dr. Gan CH137, R. Avalo PAC1632H. MHP CH139, MHA 1790H (referred to herein collectively as "Medical Providers") are at all relevant times, employees of CHS and caused events to occur in Maricopa County out of which this complaint arose.

7.      John and Jane Does are fictitious names for other individuals who may have caused injury to Plaintiff.  Plaintiff will amend the Complaint to include unknown individuals as soon as their involvement and identity is determined.

**JURY TRIAL REQUEST**

8.      Plaintiff requests a jury trial.

**FACTUAL ALLEGATIONS**

9.      Plaintiff incorporated herein by this reference all the preceding numbered paragraphs.

10.      On January 8, 2020, Plaintiff was in Court with his public defendant and probation officer.

11.      Plaintiff was seriously ill.

12.      His condition was obvious to his public defendant and probation officer who did not recommend Plaintiff be held over in a jail but that he immediately go to the hospital.

13.      The Court sent him to jail with the belief that medical at the jail would immediately take care of Plaintiff.  That did not happen.

14.      Plaintiff had the following symptoms in Court:  (1) hard time breathing; (2) swelling in his throat; (3) weakness over his whole body, he could barely stand up; (4)

swollen legs and ankles; (5) large abscess on his chin;  (6) Pain over his whole body but particularly his lower back.

15.     Plaintiff was brought over to 4th Avenue Jail.  He was seen by RN 1022H on 1/8/2020 at 2:37:57 p.m. MST and explained he needed immediately to see a doctor and receive treatment for his symptoms.  He was ignored by the RN and sent back to the holding area with other inmates.

16.     RN 1022h did not examine Plaintiff and did not document any medical symptoms or the obvious abscess or the obvious swollen legs and ankles.

17.     PA-C Med, 1632H documented that on 1/8/2020 at 7:57:29 p.m. MST that "[p]atient discussed with nursing.  Will admit to intake-provider admission management area for evaluation with provider."  This did not occur because PA-C Med, 1632 made the exact same entry on 1/10/2020 at 12:39:17 a.m. MST.

18.     Nobody told Plaintiff that he would see a provider and Plaintiff began begging the guards to get him immediately to a nurse or a doctor.

19.     However nothing happened other than the guards' becoming irritated with Plaintiff.

20.     Plaintiff told the guards if he did not see a nurse or doctor immediately he would commit suicide.

21.     The guards then took Plaintiff and put him in a safe cell by himself.

22.     He was held in the safe cell by Mental Health ("MH").

23.     He was held by Provider Trisha Amin, 1218H, Provider Keturah Volpe, MHA 1114H, MHP CH139 and MHA 1790H from 1/8/2020 at 8:42:09 p'm. MST to 1/9/20 at or about 1:02:41 p.m. MST.

24.     Other then visiting cell side they did not medically examine Plaintiff but instead only concerned themselves with mental health even though he was telling them his medical symptoms.

25.    On 1/10/2020 at 1:27:54 am. MST Plaintiff was seen by R. Avalos PA-C Med 1632H for an intake provider assessment.  1632H did not documents the swollen legs but did document the abscess on the chin. No treatment was provided and no assessment of his symptoms.

26.    On 1/11/2020 at or about 10:25:09 a.m. MST, Plaintiff was found in his cell unresponsive and struggling to breath.  He was immediately sent by Dr. Gan, CH 137 by ambulance to Valleywise emergency room and remained in a coma for 16 days.

27.    Defendants did not address his symptoms but instead only address the suicide watch and DTX concerns.  He could not breathe and went into a coma because he could not breathe.

28.    Defendants did no lab work to determine what was causing his symptoms, much less his swollen legs and abscess.

29.    Plaintiff was observed with the following:

> "Pt is clearly altered, is not speaking to this writer, is groaning, and is having difficulty breathing with his mouth wide open. Pt was refusing his CIWA, and when this writer attempted to check on pt, pt would become combative upon any touch. Unable to obtain VS at that time due to safety concerns. Pt was brought to the clinic via wheelchair and allowed medical to obtain VS and put O2 on him. Pt was asked if he has a history of COPD d/t O2 saturation of 90% on room air, to which pt grunted and shook his head "yes". Pt would not answer any questions. Pt is clearly in distress. Pt is nondiaphoretic, and has mucous in his mouth. LCTAB, S1S2 present. Pt is Tachycardic and tachypneic.

30.    Plaintiff was diagnosed with retropharyngeal abscess, psoas abscess and disseminated coccidiomycosis. All of these life threatening.

31.    The original neck abscess as diagnosed with cervical osteomyelitis.

32.    The neck was opened with exposure of the anterior cervical spine with washout and drainage of the residual abscess.

**COUNT ONE**
**(42 U.S.C. § 1983)**

- 4 -

33.     The allegations set forth above are fully incorporated herein by this reference.

34.     In committing the above referenced actions and/or omissions and the following, the Medical Provider Defendants acted under color of state law, and engaged in conduct that was the proximate cause of a violation of  Plaintiff's rights under the Fourth and Fourteenth Amendments to the Constitution of the United States of America, including but not limited to deliberate indifference to a known medical needs, thereby violating Plaintiff's civil rights under 42 U.S.C. § 1983.

35.     Medical Provider Defendants proximately caused Plaintiff damages, including but not limited to physical injuries, pain and suffering, permanent injuries and emotional distress, in an amount to be proven at trial.

36.     The severity of Plaintiff's medical condition was obvious to anybody who looked at him and Plaintiff told them his symptoms which needed to be assessed and evaluated.

37.     Instead of treating his symptoms or even taking them seriously, he was put in a safe cell where he could not be assessed and then put in a cell without any medical assessment of his condition even though his abscess on his face was large and obvious, the swelling of his legs was obvious and his breathing problems was obvious until Plaintiff went into a coma and becamse unresponsive.

38.     The Medical Provider Defendants knew Plaintiff's symptoms required quick medical treatment and did not provide diagnosis or treatment within the first critical days which resulted in a worsening of his medical condition and a coma for 16 days.  .

39.     Pursuant to 42 U.S.C. § 1983, the Medical Provider Defendants are liable to Plaintiff for the above described violations of Plaintiffs Constitutional rights.  Plaintiff is entitled to all rights, remedies, in law or in equity, available to him under 42 U.S.C. § 1983.

40.     Plaintiff is entitled to recover his reasonable costs and attorney's fees under 42 U.S.C. §§ 1983, 1988.

41.     Plaintiff is entitled to punitive damages.

WHEREFORE, Plaintiff demands the following relief, jointly and severally, against Defendants as follows:

A.    Compensatory general and special damages in an amount according to proof at time of trial;

B.    Attorneys fees;

C.    Punitive damages;

D.    Compensatory Damages;

E.    Costs of suit necessarily incurred herein;

F.    Prejudgment interest according to proof; and

G.     Such further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 31st day of December, 2021.

KEITH M. KNOWLTON, L.L.C.

/s/ Keith Knowlton

By: _____

Keith M. Knowlton
Attorney for Plaintiff

# ATTACHMENT 4

Service Documents

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
12/31/2021 12:53:59 PM
Filing ID 13770219

Person/Attorney Filing: Keith M Knowlton
Mailing Address: 9920 S. Rural Road, Ste. 108 Pmb# 132
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (480)755-1777
E-Mail Address: keithknowlton@msn.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011565, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Stehon M Wrays
Plaintiff(s),
v.
Maricopa County, et al.
Defendant(s).

Case No.  **CV2021-096095**

**SUMMONS**

To: Maricopa County

## WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 31, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZTurboCourt.gov Form Set #6406449

Received 3/31/22 KDM
CHS Paralegal

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
12/31/2021 12:53:59 PM
Filing ID 13770222

Person/Attorney Filing: Keith M Knowlton
Mailing Address: 9920 S. Rural Road, Ste. 108 Pmb# 132
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (480)755-1777
E-Mail Address: keithknowlton@msn.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011565, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Stehon M Wrays
Plaintiff(s),
v.
Maricopa County, et al.
Defendant(s).

Case No. **CV2021-096095**

**SUMMONS**

To: RN 1922H

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson,</u>
   <u>Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's</u>
   <u>approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 31, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
12/31/2021 12:53:59 PM
Filing ID 13770223

Person/Attorney Filing: Keith M Knowlton
Mailing Address: 9920 S. Rural Road, Ste. 108 Pmb# 132
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (480)755-1777
E-Mail Address: keithknowlton@msn.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011565, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Stehon M Wrays
Plaintiff(s),
v.
Maricopa County, et al.
Defendant(s).

Case No. **CV2021-096095**

**SUMMONS**

To: Keturah Volpe CH144

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
   Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

AZTurboCourt.gov Form Set 86406449

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 31, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
12/31/2021 12:53:59 PM
Filing ID 13770227

Person/Attorney Filing: Keith M Knowlton
Mailing Address: 9920 S. Rural Road, Ste. 108 Pmb# 132
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (480)755-1777
E-Mail Address: keithknowlton@msn.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011565, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Stehon M Wrays<br>Plaintiff(s),<br>v.<br>Maricopa County, et al.<br>Defendant(s). | Case No. **CV2021-096095**<br><br>**SUMMONS** |

To: MHA 1790H

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 31, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #6406449

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
12/31/2021 12:53:59 PM
Filing ID 13770221

Person/Attorney Filing: Keith M Knowlton
Mailing Address: 9920 S. Rural Road, Ste. 108 Pmb# 132
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (480)755-1777
E-Mail Address: keithknowlton@msn.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011565, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Stehon M Wrays
Plaintiff(s),
v.                                                   Case No.  **CV2021-096095**
Maricopa County, et al.
Defendant(s).                                        **SUMMONS**

To: MHA 1114H

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
   Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 31, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #6406449

of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
12/31/2021 12:53:59 PM
Filing ID 13770224

Person/Attorney Filing: Keith M Knowlton
Mailing Address: 9920 S. Rural Road, Ste. 108 Pmb# 132
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (480)755-1777
E-Mail Address: keithknowlton@msn.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011565, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Stehon M Wrays<br>Plaintiff(s),<br>v.<br>Maricopa County, et al.<br>Defendant(s). | Case No. **CV2021-096095**<br><br>**SUMMONS** |

To: Dr. Gan CH137

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 31, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #5406449

2

of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
12/31/2021 12:53:59 PM
Filing ID 13770225

Person/Attorney Filing: Keith M Knowlton
Mailing Address: 9920 S. Rural Road, Ste. 108 Pmb# 132
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (480)755-1777
E-Mail Address: keithknowlton@msn.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011565, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Stehon M Wrays
Plaintiff(s),                            Case No.  **CV2021-096095**
v.
Maricopa County, et al.                  **SUMMONS**
Defendant(s).

To: R, Avalo PAC1362H

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 31, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #5406449

2

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
12/31/2021 12:53:59 PM
Filing ID 13770220

Person/Attorney Filing: Keith M Knowlton
Mailing Address: 9920 S. Rural Road, Ste. 108 Pmb# 132
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (480)755-1777
E-Mail Address: keithknowlton@msn.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011565, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Stehon M Wrays
Plaintiff(s),
v.                                          Case No.  **CV2021-096095**
Maricopa County, et al.
Defendant(s).                               **SUMMONS**

To: Risha Amin 1218H

## WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 31, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

# ATTACHMENT 5

Remainder of State Court Record

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
12/31/2021 12:53:59 PM
Filing ID 13770217

**Plaintiff's Attorney:**

Keith M Knowlton
Bar Number: 011565, issuing State: AZ
Law Firm: Keith M. Knowlton, LLC
9920 S. Rural Road, Ste. 108 Pmb# 132
Tempe, AZ 85284
Telephone Number: (480)755-1777
Email address: keithknowlton@msn.com

**CV2021-096095**

**Plaintiff:**

Stehon M Wrays
950 N. Mallard St.
Chandler, AZ 85226
Telephone Number: (602)692-6083
Email address: keithknowlton@msn.com

**Defendants:**

Maricopa County
Clerk of the Bd of Supervisors 301 E. Jefferson, 10th Floor
Phoenix, AZ 85003

Risha Amin 1218H
234 North Central, Suite 5100
Phoenix, AZ 85004

MHA 1114H
234 North Central, Suite 5100
Phoenix, AZ 85004

RN 1922H
234 North Central, Suite 5100
Phoenix, AZ 85004

Keturah Volpe CH144
234 North Central, Suite 5100
Phoenix, AZ 85004

Dr. Gan CH137

AZTurboCourt.gov Form Set #6406449

234 North Central, Suite 5100
Phoenix, AZ 85004

R, Avalo PAC1362H
234 North Central, Suite 5100
Phoenix, AZ 85004

MHP CH139
234 North Central, Suite 5100
Phoenix, AZ 85004

MHA 1790H
234 North Central, Suite 5100
Phoenix, AZ 85004

Discovery Tier t3

Case Category: Other Civil Case Categories
Case Subcategory: 42 U.S.C. Sect. 1983

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
12/31/2021 12:53:59 PM
Filing ID 13770218

Person/Attorney Filing: Keith M Knowlton
Mailing Address: 9920 S. Rural Road, Ste. 108 Pmb# 132
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (480)755-1777
E-Mail Address: keithknowlton@msn.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011565, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Stehon M Wrays
Plaintiff(s),
v.
Maricopa County, et al.
Defendant(s).

Case No. **CV2021-096095**

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Maricopa County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By:  Keith M Knowlton /s/
     Plaintiff/Attorney for Plaintiff

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
12/31/2021 12:53:59 PM
Filing ID 13770219

Person/Attorney Filing: Keith M Knowlton
Mailing Address: 9920 S. Rural Road, Ste. 108 Pmb# 132
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (480)755-1777
E-Mail Address: keithknowlton@msn.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011565, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Stehon M Wrays
Plaintiff(s),
v.
Maricopa County, et al.
Defendant(s).

Case No.  **CV2021-096095**

**SUMMONS**

To: Maricopa County

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #640449

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 31, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #6406449

2

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
12/31/2021 12:53:59 PM
Filing ID 13770220

Person/Attorney Filing: Keith M Knowlton
Mailing Address: 9920 S. Rural Road, Ste. 108 Pmb# 132
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (480)755-1777
E-Mail Address: keithknowlton@msn.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011565, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Stehon M Wrays
Plaintiff(s),
v.
Maricopa County, et al.
Defendant(s).

Case No.  **CV2021-096095**

**SUMMONS**

To: Risha Amin 1218H

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

AZturboCourt.gov Form Set #640449

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 31, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
12/31/2021 12:53:59 PM
Filing ID 13770221

Person/Attorney Filing: Keith M Knowlton
Mailing Address: 9920 S. Rural Road, Ste. 108 Pmb# 132
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (480)755-1777
E-Mail Address: keithknowlton@msn.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011565, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Stehon M Wrays
Plaintiff(s),

v.

Maricopa County, et al.
Defendant(s).

Case No.  **CV2021-096095**

**SUMMONS**

To: MHA 1114H

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 31, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
12/31/2021 12:53:59 PM
Filing ID 13770222

Person/Attorney Filing: Keith M Knowlton
Mailing Address: 9920 S. Rural Road, Ste. 108 Pmb# 132
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (480)755-1777
E-Mail Address: keithknowlton@msn.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011565, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Stehon M Wrays
Plaintiff(s),
v.
Maricopa County, et al.
Defendant(s).

Case No.  **CV2021-096095**

**SUMMONS**

To: RN 1922H

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

AZturboCourt.gov Form Set #640649

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 31, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #6406449

2

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
12/31/2021 12:53:59 PM
Filing ID 13770223

Person/Attorney Filing: Keith M Knowlton
Mailing Address: 9920 S. Rural Road, Ste. 108 Pmb# 132
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (480)755-1777
E-Mail Address: keithknowlton@msn.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011565, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Stehon M Wrays
Plaintiff(s),
v.
Maricopa County, et al.
Defendant(s).

Case No.  **CV2021-096095**

**SUMMONS**

To: Keturah Volpe CH144

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 31, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #6406449

2

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
12/31/2021 12:53:59 PM
Filing ID 13770224

Person/Attorney Filing: Keith M Knowlton
Mailing Address: 9920 S. Rural Road, Ste. 108 Pmb# 132
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (480)755-1777
E-Mail Address: keithknowlton@msn.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011565, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Stehon M Wrays
Plaintiff(s),
v.
Maricopa County, et al.
Defendant(s).

Case No.  **CV2021-096095**

**SUMMONS**

To: Dr. Gan CH137

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #640649

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 31, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
12/31/2021 12:53:59 PM
Filing ID 13770225

Person/Attorney Filing: Keith M Knowlton
Mailing Address: 9920 S. Rural Road, Ste. 108 Pmb# 132
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (480)755-1777
E-Mail Address: keithknowlton@msn.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011565, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Stehon M Wrays
Plaintiff(s),
v.
Maricopa County, et al.
Defendant(s).

Case No.  **CV2021-096095**

**SUMMONS**

To: R, Avalo PAC1362H

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 31, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
12/31/2021 12:53:59 PM
Filing ID 13770226

Person/Attorney Filing: Keith M Knowlton
Mailing Address: 9920 S. Rural Road, Ste. 108 Pmb# 132
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (480)755-1777
E-Mail Address: keithknowlton@msn.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011565, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Stehon M Wrays
Plaintiff(s),
v.
Maricopa County, et al.
Defendant(s).

Case No.  **CV2021-096095**

**SUMMONS**

To: MHP CH139

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 31, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
12/31/2021 12:53:59 PM
Filing ID 13770227

Person/Attorney Filing: Keith M Knowlton
Mailing Address: 9920 S. Rural Road, Ste. 108 Pmb# 132
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (480)755-1777
E-Mail Address: keithknowlton@msn.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011565, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Stehon M Wrays<br>Plaintiff(s),<br>v.<br>Maricopa County, et al.<br>Defendant(s). | Case No.  **CV2021-096095**<br><br>**SUMMONS** |

To: MHA 1790H

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 31, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #6406449

2



Office Distribution

# SUPERIOR COURT OF ARIZONA
# MARICOPA COUNTY

**FILED**
03/09/2022
by Superior Court Admin
on behalf of Clerk of the
Superior Court

Ct. Admin
Deputy

03/05/2022

COURT ADMINISTRATION

**Case Number:** CV2021-096095

**Stephon Wray**

**V.**

**Maricopa County**

---

The Judge assigned to this action is the Honorable Stephen M. Hopkins

## NOTICE OF INTENT TO DISMISS FOR LACK OF SERVICE

You are hereby notified that the complaint filed on 12/31/2021 is subject to dismissal pursuant to Rule 4 (i) of the Arizona Rules of Civil Procedure. The deadline for completing service is 03/31/2022. If the time for completing service has not been extended by the court and no defendants have been served by this date, the case will be dismissed without prejudice.

All documents required to be filed with the court should be electronically filed through Arizona Turbo Court at www.azturbocourt.gov.

# Superior Court of Maricopa County - integrated Court Information System
## Endorsee Party Listing
Case Number:  CV2021-096095

| Party Name | Attorney Name | |
|---|---|---|
| Stephon Wray | Keith M Knowlton | Bar ID:  011565 |

Clerk of the Superior Court
*** Electronically Filed ***
M. Saldana, Deputy
3/31/2022 3:55:40 PM
Filing ID 14123805

KEITH M. KNOWLTON, L.L.C.
9920 S. Rural Road, Suite 108
PMB# 132
Tempe, Arizona 85284-4100
(602) 692-6083
FAX (480) 471-8956
Attorney for Plaintiff
**Keith M. Knowlton - SBN 011565**
keithknowlton@msn.com

*Attorney for Plaintiff*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

|  |  |
|---|---|
| Stephon Wrays, | No. CV2021-096095 |
| Plaintiff, | |
| vs. | |
| Maricopa County, Trisha Amin, 1218H; MHA 1114H; RN 1022H; Keturah Volpe CH 144; Dr. Gan CH137; R Avalo PAC1632H; MHP CH139; MHA 1790H John & Jane Does and Entities I-X, | PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS |
| Defendants | |

Plaintiff Stephon Wrays, ("Wrays") requests the Court extend the deadline to serve Defendants in this case.  Plaintiff has served all Defendants but Nurse CH 139 through legal Liasson at Maricopa County Correctional Health Services. Nurse MHP CH 139 no longer works for Correctional Health Services.  Plaintiff is in the process of obtaining a full name for this Defendant and doing a skip trace on Defendant and needs additional time to locate the Nurse and serve the Nurse.

WHEREFORE, Plaintiff requests an additional thirty (30) days from March 31, 2022 to serve Defendants in this case to allow location and service of the Nurse.

1

2

RESPECTFULLY SUBMITTED this 31st day of March, 2022.

3

KEITH M. KNOWLTON, L.L.C.

4

5

By____/s/ Keith Knowlton_____
Keith M. Knowlton, SBN 011565
Attorney for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

Clerk of the Superior Court
*** Electronically Filed ***
04/08/2022 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2021-096095                                        04/07/2022

                                              CLERK OF THE COURT
HONORABLE STEPHEN M. HOPKINS                        C. Avena
                                                    Deputy

STEPHON WRAY                          KEITH M KNOWLTON

v.

MARICOPA COUNTY, et al.               MARICOPA COUNTY
                                      CLERK OF THE BD OF SUPERVISORS
                                      301 E JEFFERSON FL 10
                                      PHOENIX AZ  85003


                                      M H A, 1114H
                                      234 N CENTRAL AVE
                                      STE 5100
                                      PHOENIX AZ  85004
                                      M H A, 1790H
                                      234 N CENTRAL AVE
                                      STE 5100
                                      PHOENIX AZ  85004
                                      TRISHA AMIN
                                      234 N CENTRAL AVE
                                      STE 5100
                                      PHOENIX AZ  85004
                                      R AVALO
                                      234 N CENTRAL AVE
                                      STE 5100
                                      PHOENIX AZ  85004
                                      KETURAH VOLPE
                                      234 N CENTRAL AVE
                                      STE 5100
                                      PHOENIX AZ  85004
                                      JUDGE HOPKINS

Docket Code 375              Form V000A                    Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2021-096095                                              04/07/2022


MINUTE ENTRY


        The Court has received Plaintiff's request for additional time to serve the Summons and
Complaint.  Good cause appearing,

        **IT IS ORDERED** extending the time to complete service to July 14, 2022.

        The Court has granted an extension of time for Plaintiff to serve the Complaint and
accompanying documents in this case which supersedes the original time computation for
dismissal on the Inactive Calendar. Therefore,

        **IT IS FURTHER ORDERED** placing this case on the Inactive Calendar for dismissal
without further notice on July 15, 2022 unless an Affidavit of Service of Process is filed before
that date indicating that service has been effected in accordance with the Arizona Rules of Civil
Procedure.

CORRECTED
By Clerk of the Court

Linda R. Rizer
888 E. Clinton Street, 2128
Phoenix, AZ 85020

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #2
DOCUMENT DEPOSITORY

2022 APR 12  PM 12: 38

FILED
BY S Myers      DEP.

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | | |
|---|---|---|
| Stephon M. Wray; | ) | |
| | ) | CV2021-096095 |
| Plaintiff | ) | Case No.: ~~CV2021-096050~~ |
| | | |
| | | CERTIFICATE OF SERVICE BY |
| | | A PRIVATE PROCESS SERVER |
| Maricopa County, et al | ) | |
| | | |
| Defendant(s). | | |

Linda R. Rizer, upon her oath and personal knowledge, states as follows:

1. I am over twenty-one (21) years of age, suffer no legal disabilities, and am licensed in Maricopa County as a private process server.

2. On March 31, 2022, at 10:30 am, I served a SUMMONS and COMPLAINT on Katherine De La Cruz-Martinez, Paralegal, at Correctional Health Services, 234 N. Central Avenue, Suite 5100, Phoenix, AZ 85004 for Risha Amin 1218H.  Description: Female, Hispanic, 30's, 5'4", 140 lbs., black hair, brown eyes.

I swear under penalty of perjury pursuant to A.R.C.P. 80(c), this 7th day of April 2022 that the foregoing is true and correct.

Linda R. Rizer, ID #MC-8379

Linda R. Rizer
888 E. Clinton Street, 2128
Phoenix, AZ 85020

CLERK OF THE
SUPERIOR COURT
RECEIVED COB #2
DOCUMENT DEPOSITORY

2022 APR 12  PM 12: 39

FILED
BY  S Myers  DEP

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Stephon M. Wray;                )
                                )          CV2021-096095
        Plaintiff               )    Case No.: ~~CV2021-096050~~
                                )
                                     CERTIFICATE OF SERVICE BY
                                     A PRIVATE PROCESS SERVER
Maricopa County, et al    )

        Defendant(s).

Linda R. Rizer, upon her oath and personal knowledge, states as follows:

1. I am over twenty-one (21) years of age, suffer no legal disabilities, and am licensed in Maricopa
County as a private process server.

2. On March 31, 2022, at 10:30 am, I served a SUMMONS and COMPLAINT on Katherine De La
Cruz-Martinez, Paralegal, at Correctional Health Services, 234 N. Central Avenue, Suite 5100, Phoenix,
AZ 85004 for MHP CH139. Description: Female, Hispanic, 30's, 5'4", 140 lbs., black hair, brown eyes.

I swear under penalty of perjury pursuant to A.R.C.P. 80(c), this 7th day of April 2022 that the
foregoing is true and correct.

Linda R. Rizer, ID #MC-8379

Linda R. Rizer
888 E. Clinton Street, 2128
Phoenix, AZ 85020

CLERK OF THE
SUPERIOR COURT
RECEIVED COB #2
DOCUMENT DEPOSITORY

2022 APR 12  PM 12: 38

## IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

FILED

BY  S myers  DEP

| | | |
|---|---|---|
| Stephon M. Wray; | ) | CV2021-096095 |
| Plaintiff | ) | Case No.: ~~CV2021-096050~~ |
| | ) | |
| | | CERTIFICATE OF SERVICE BY |
| | | A PRIVATE PROCESS SERVER |
| Maricopa County, et al  ) | | |
| | | |
| Defendant(s). | | |

Linda R. Rizer, upon her oath and personal knowledge, states as follows:

1. I am over twenty-one (21) years of age, suffer no legal disabilities, and am licensed in Maricopa County as a private process server.

2. On March 31, 2022, at 10:30 am, I served a SUMMONS and COMPLAINT on Katherine De La Cruz-Martinez, Paralegal, at Correctional Health Services, 234 N. Central Avenue, Suite 5100, Phoenix, AZ 85004 for R. Avalo PAC 1362H. Description: Female, Hispanic, 30's, 5'4", 140 lbs., black hair, brown eyes.

I swear under penalty of perjury pursuant to A.R.C.P. 80(c), this 7th day of April 2022 that the foregoing is true and correct.

_Linda R. Rizer_

Linda R. Rizer, ID #MC-8379

Linda R. Rizer
888 E. Clinton Street, 2128
Phoenix, AZ 85020

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #2
DOCUMENT DEPOSITORY

2022 APR 12  PM 12: 39

FILED
BY  S Myers  DEP.

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | | |
|---|---|---|
| Stephon M. Wray; | ) | CV2021-096095 |
| Plaintiff | ) | Case No.: ~~CV2021-096050~~ |
| | ) | |
| | | CERTIFICATE OF SERVICE BY |
| | | A PRIVATE PROCESS SERVER |
| Maricopa County, et al | ) | |
| Defendant(s). | | |

Linda R. Rizer, upon her oath and personal knowledge, states as follows:

1. I am over twenty-one (21) years of age, suffer no legal disabilities, and am licensed in Maricopa County as a private process server.

2. On March 31, 2022, at 10:30 am, I served a SUMMONS and COMPLAINT on Katherine De La Cruz-Martinez, Paralegal, at Correctional Health Services, 234 N. Central Avenue, Suite 5100, Phoenix, AZ 85004 for MHA 1790H. Description: Female, Hispanic, 30's, 5'4", 140 lbs., black hair, brown eyes.

I swear under penalty of perjury pursuant to A.R.C.P. 80(c), this 7th day of April 2022 that the foregoing is true and correct.

Linda R. Rizer, ID #MC-8379

Linda R. Rizer
888 E. Clinton Street, 2128
Phoenix, AZ 85020

CLERK OF THE
SUPERIOR COURT
RECEIVED COD #2
DOCUMENT DEPOSITORY

2022 APR 12  PM 12: 39

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

BY  S Myers  DEP.

FILED

Stephon M. Wray;                    )
                                    )          CV2021-096095
        Plaintiff                   )
                                    )    Case No.: CV2021-096050
                                    )
                                         CERTIFICATE OF SERVICE BY
                                         A PRIVATE PROCESS SERVER

Maricopa County, et al       )


        Defendant(s).

Linda R. Rizer, upon her oath and personal knowledge, states as follows:

1. I am over twenty-one (21) years of age, suffer no legal disabilities, and am licensed in Maricopa
County as a private process server.

2. On March 31, 2022, at 10:30 am, I served a SUMMONS and COMPLAINT on Katherine De La
Cruz-Martinez, Paralegal, at Correctional Health Services, 234 N. Central Avenue, Suite 5100, Phoenix,
AZ 85004 for Dr. Gan CH137. Description: Female, Hispanic, 30's, 5'4", 140 lbs., black hair, brown
eyes.

    I swear under penalty of perjury pursuant to A.R.C.P. 80(c), this 7th day of April 2022 that the
foregoing is true and correct.

Linda R. Rizer, ID #MC-8379

CORRECTED
By Clerk of the Court
Case 2:22-cv-00741-DLR   Document 1-3   Filed 05/02/22   Page 69 of 82

Linda R. Rizer
888 E. Clinton Street, 2128
Phoenix, AZ 85020



CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #2
DOCUMENT DEPOSITORY

2022 APR 12  PH 2: 38

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA     FILED
IN AND FOR THE COUNTY OF MARICOPA     BY  S  Myers  DEP.

Stephon M. Wray;                    )
                                    )                    CV2021-096095
        Plaintiff                   )        Case No.: ~~CV2021-096050~~
                                    )
                                             CERTIFICATE OF SERVICE BY
                                             A PRIVATE PROCESS SERVER
Maricopa County, et al       )

        Defendant(s).
_____

Linda R. Rizer, upon her oath and personal knowledge, states as follows:

  1. I am over twenty-one (21) years of age, suffer no legal disabilities, and am licensed in Maricopa
County as a private process server.

  2. On March 31, 2022, at 10:30 am, I served a SUMMONS and COMPLAINT on Katherine De La
Cruz-Martinez, Paralegal, at Correctional Health Services, 234 N. Central Avenue, Suite 5100, Phoenix,
AZ 85004 for RN 1922H PAC 1362H. Description: Female, Hispanic, 30's, 5'4", 140 lbs., black hair,
brown eyes.

        I swear under penalty of perjury pursuant to A.R.C.P. 80(c), this 7th day of April 2022 that the
foregoing is true and correct.

                                   _____
                                   Linda R. Rizer, ID #MC-8379



CLERK OF THE
SUPERIOR COURT
RECEIVED OCB 22
DOCUMENT DEPOSITORY

2022 APR 12  FM 12: 39

Linda R. Rizer
888 E. Clinton Street, 2128
Phoenix, AZ 85020

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA      BY  S  Myers   DEP.

FILED

| | | |
|---|---|---|
| Stephon M. Wray; | ) | CV2021-096095 |
| Plaintiff | ) | Case No.: ~~CV2021-096050~~ |
| | ) | CERTIFICATE OF SERVICE BY A PRIVATE PROCESS SERVER |
| Maricopa County, et al | ) | |
| Defendant(s). | | |

Linda R. Rizer, upon her oath and personal knowledge, states as follows:

1. I am over twenty-one (21) years of age, suffer no legal disabilities, and am licensed in Maricopa County as a private process server.

2. On March 31, 2022, at 10:30 am, I served a SUMMONS and COMPLAINT on Katherine De La Cruz-Martinez, Paralegal, at Correctional Health Services, 234 N. Central Avenue, Suite 5100, Phoenix, AZ 85004 for Risha Amin 1218H. Description: Female, Hispanic, 30's, 5'4", 140 lbs., black hair, brown eyes.

I swear under penalty of perjury pursuant to A.R.C.P. 80(c), this 7th day of April 2022 that the foregoing is true and correct.

_Linda R. Rizer_
Linda R. Rizer, ID #MC-8379

Linda R. Rizer
888 E. Clinton Street, 2128
Phoenix, AZ 85020

CLERK OF THE
SUPERIOR COURT
RECEIVED COB #2
DOCUMENT DEPOSITORY

2022 APR 12  PM 12: 38

FILED
BY  S Myers      DEP.

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Stephon M. Wray;              )
                              )          CV2021-096095
      Plaintiff               )     Case No.: ~~CV2021-096050~~
                              )
                                    CERTIFICATE OF SERVICE BY
                                    A PRIVATE PROCESS SERVER
Maricopa County, et al        )


      Defendant(s).

---

Linda R. Rizer, upon her oath and personal knowledge, states as follows:

1. I am over twenty-one (21) years of age, suffer no legal disabilities, and am licensed in Maricopa County as a private process server.

2. On March 31, 2022, at 10:30 am, I served a SUMMONS and COMPLAINT on K. Sandoval, Clerk, at the Maricopa County Treasurer's Office, 301 N. Central Avenue, Phoenix, AZ 85004 for Maricopa County. Description: Female, Caucasian, 30's, 5'5", 140 lbs., brown hair, brown eyes.

I swear under penalty of perjury pursuant to A.R.C.P. 80(c), this 7th day of April 2022 that the foregoing is true and correct.

_Linda R. Rizer_
Linda R. Rizer, ID #MC-8379

Linda R. Rizer
888 E. Clinton Street, 2128
Phoenix, AZ 85020

CLERK OF THE
SUPERIOR COURT
RECEIVED COB #2
DOCUMENT DEPOSITORY

2022 APR 12  PM 12: 39

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

BY  S  Myers

FILED

DEF

| | | |
|---|---|---|
| Stephon M. Wray; | ) | CV2021-096095 |
| Plaintiff | ) | Case No.: ~~CV2021-096050~~ |
| | | CERTIFICATE OF SERVICE BY A PRIVATE PROCESS SERVER |
| Maricopa County, et al | ) | |
| Defendant(s). | | |

Linda R. Rizer, upon her oath and personal knowledge, states as follows:

1. I am over twenty-one (21) years of age, suffer no legal disabilities, and am licensed in Maricopa County as a private process server.

2. On March 31, 2022, at 10:30 am, I served a SUMMONS and COMPLAINT on Katherine De La Cruz-Martinez, Paralegal, at Correctional Health Services, 234 N. Central Avenue, Suite 5100, Phoenix, AZ 85004 for MHA 1114H. Description: Female, Hispanic, 30's, 5'4", 140 lbs., black hair, brown eyes.

I swear under penalty of perjury pursuant to A.R.C.P. 80(c), this 7th day of April 2022 that the foregoing is true and correct.

Linda R. Rizer, ID #MC-8379

# ATTACHMENT 6

Verification of DCA Sherle R. Flaggman

**VERIFICATION OF SHERLE R. FLAGGMAN**

STATE OF ARIZONA)

        )ss.

County of Maricopa  )

   I, Sherle R. Flaggman, declare under penalty of perjury that I am a Deputy County Attorney with the Maricopa County Attorney's Office, Civil Services Division and that the attached documents are true and complete copies of all pleadings and other documents filed in the state court proceeding *Stephon Wrays v. Maricopa County et al.,* Maricopa County Superior Court Case No. CV2021-096095.

          DATED this 2nd day of May 2022.

          RACHEL H. MITCHELL
          MARICOPA COUNTY ATTORNEY

          By */s/ Sherle R. Flaggman*
            SHERLE R. FLAGGMAN
            Deputy County Attorney

# EXHIBIT C

Superior Court Notice of Removal to the
Federal District Court

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:     SHERLE R. FLAGGMAN (019079)
          flaggmas@mcao.maricopa.gov
          Deputy County Attorney

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-3411
Facsimile (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 0003200

Attorney for Defendants

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Stephon Wrays, | No. CV2021-096095 |
| Plaintiff, | |
| v. | **NOTICE OF FILING NOTICE OF REMOVAL** |
| Maricopa County; Trisha Amin, 1218H; MHA 1114H; RN1022H; Keturah Volpe, CH144; Dr. Gan, CH137; R. Avalos, PAC 1632H; MHP CH139; MHA 1790H; John and Jane Does; Entities I-X, | (Assigned to the Hon. Stephen Hopkins) |
| Defendants. | |

TO THE CLERK OF THE COURT AND PLAINTIFF:

PLEASE TAKE NOTICE THAT Defendants, through undersigned counsel, hereby notify this Court that they are filing/have filed a Notice of Removal of this action to the United States District Court for the District of Arizona.

A copy of the Notice of Removal without attachments filed today, May 2, 2022, is

-1-

attached hereto as <u>Exhibit A</u>.


      **RESPECTFULLY SUBMITTED** this 2nd day of May 2022.

                      RACHEL H. MITCHELL
                      MARICOPA COUNTY ATTORNEY

                BY:  <u>s/Sherle R. Flaggman</u>
                      SHERLE R. FLAGGMAN
                      Deputy County Attorney
                      *Attorney for Defendants*


<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on May 2, 2022, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the TurboCourt System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Honorable Stephen Hopkins
Maricopa County Superior Court
Southeast Facility – 2G/207
222 E. Javelina Ave.
Mesa, AZ 85210

Keith M. Knowlton, Esq.
KEITH M. KNOWLTON, L.L.C.
9920 S. Rural Rd., Ste. 108, PMB #132
Tempe, AZ 85284-4100
keithknowlton@msn.com
*Attorney for Plaintiff*


s/<u>*J. Barksdale*</u>

S:\CIVIL\CIV\Matters\CJ\2022\Wray v. MC, et al. 2022-0043\Pleadings\Removal\NOF NOR.docx

-2-

# EXHIBIT A

**NOTICE OF REMOVAL OF MARICOPA COUNTY SUPERIOR COURT
CASE NO. CV2021-096095 TO THE UNITED STATES DISTRICT COURT
(WITHOUT EXHIBITS)**

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:     SHERLE R. FLAGGMAN (019079)
          flaggmas@mcao.maricopa.gov
          Deputy County Attorney

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-3411
Facsimile (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 0003200

Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephon Wrays, | NO. _____ |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL OF** |
| | **MARICOPA COUNTY SUPERIOR** |
| Maricopa County; Trisha Amin, 1218H; | **COURT CASE NO. CV2021-096095** |
| MHA 1114H; RN1022H; Keturah Volpe, | **TO THE UNITED STATES** |
| CH144; Dr. Gan, CH137; R. Avalos, | **DISTRICT COURT** |
| PAC 1632H; MHP CH139; MHA 1790H; | |
| John and Jane Does; Entities I-X, | |
| Defendants. | |

Defendants, pursuant to 28 U.S.C. § 1331, §1441(c), §1446(a), and Rule 3.6, Local

Rules Civil Procedure for the District of Arizona, notices the removal of the above-

captioned case, cause number CV2021-096095, from the Arizona Superior Court,

Maricopa County, to this Court, and in support of removal asserts the following:

1.     On or about December 31, 2021, Plaintiff filed a Complaint against Defendants in the Superior Court of the State of Arizona for the County of Maricopa under the caption *Stephon Wrays v. Maricopa County, et al.*, Case No. CV2021-096095.  A copy of the Complaint, and all other documents previously filed in this matter and served on Defendants are attached hereto within Exhibit "B". (Exhibit "A" is the Civil Cover Sheet.)

2.     The Complaint was served on Defendants Trisha Amin, Keturah Volpe, Victor Gan, Robin Avalos, Viviana Machado, Cindy Zaffino, Taylor Newell and Karen Mejia Quintana on March 31 2022.  Defendant Maricopa County was served on April 25, 2022.

3.     As of date of this removal, Defendant Angela Fischer has not been served.

4.     This Notice of Removal is being filed within 30 days after service of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(b).

5.     The lawsuit filed in Maricopa County, among other claims, alleges the violation of Plaintiff's civil rights and is brought under 42 U.S.C. § 1983 for violations of the Fourth and Fourteenth Amendments of the United States Constitution.

6.     By reason of the above facts, (a) the United States District Court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1441(c).  All served Defendants consent to the removal of this action.

7.     A Notice of Filing of Notice of Removal, a true and correct copy of which is attached as Exhibit "C," has been filed in the Arizona Superior Court, County of Maricopa.

WHEREFORE, Defendants respectfully request that the above action now pending in the Arizona Superior Court, Maricopa County, be removed to this Court.


**RESPECTFULLY SUBMITTED** this 2nd day of May 2022

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY


BY:  s/Sherle R. Flaggman
SHERLE R. FLAGGMAN
Deputy County Attorney
*Attorney for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003-2161

Keith M. Knowlton, Esq.
KEITH M. KNOWLTON, L.L.C.
9920 S. Rural Rd., Ste. 108, PMB #132
Tempe, AZ 85284-4100
keithknowlton@msn.com
*Attorney for Plaintiff*


s/*J. Barksdale*

S:\CIVIL\CIV\Matters\CJ\2022\Wray v. MC, et al. 2022-0043\Pleadings\Removal\NOR.docx

-3-

| | |
|---|---|
| **From:** | TurboCourt Customer Service |
| **Sent:** | Monday, May 2, 2022 1:37 PM |
| **Subject:** | AZTurboCourt E-Filing Courtesy Notification |

---

PLEASE DO NOT REPLY TO THIS EMAIL.

A party in this case requested that you receive an AZTurboCourt Courtesy Notification.

AZTurboCourt Form Set #6773090 has been DELIVERED to Maricopa County.

You will be notified when these documents have been processed by the court.

Here are the filing details:
Case Number: CV2021096095 (Note: If this filing is for case initiation, you will receive a separate notification when the case # is assigned.)
Case Title: Wray Vs. Maricopa County, Et.Al.
Filed By: Sherle Flaggman
AZTurboCourt Form Set: #6773090
Keyword/Matter #:
Delivery Date and Time: May 02, 2022 1:36 PM MST
Forms:


Attached Documents:
Notice of Removal to Federal Court: Notice of Filing Notice of Removal
Exhibit/Attachment (Supporting): Exhibit A